THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * *
KIM-LUAL CLEARWATER                *
5 South 520 Beau Bien Boulevard    *
Naperville, IL  60540              *
                                   *
               Plaintiffs,         *
                                   *   CIVIL ACTION _____
       vs.                         *
                                   *
ELI LILLY AND COMPANY,             *
Lilly Corporate Center             *
Indianapolis, IN  46285            *
                                   *
               Defendant.          *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

3040657v2

Respectfully Submitted,

**SHOOK, HARDY & BACON, L.L.P.**

*/s/ John Chad Coots*
Michelle R. Mangrum, DC Bar No. 473634
John Chadwick Coots, DC Bar No. 461979
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone; (202) 783-4211 Fax

and

David W. Brooks
Jonathan H. Gregor
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd. Kansas City, Missouri 64108
(816) 474-6550 Telephone; (816) 421-5547 Fax

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

3040657v2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2008 a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

> Aaron M. Levine, Esq.
> Aaron Levine & Associates
> 1320 19th St., NW, Suite 500
> Washington, D.C. 20036
>
> **Attorneys for Plaintiff**

_____
**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

3040657v2