**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KIM-LUAL CLEARWATER,           ] | |
|                                ] | |
|     Plaintiff,                 ] | |
|                                ] | |
|     v.                         ] | Civil Action No.: 1:08-cv-01308 (RMC) |
|                                ] | Next Event: |
| ELI LILLY AND COMPANY,         ] | |
|                                ] | |
|     Defendant.                 ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff, KIM-LUAL CLEARWATER, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046