IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIM-LUAL CLEARWATER, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01308 (RMC) |
| ] | Next Event: |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff, KIM-LUAL CLEARWATER, in the above-referenced matter.

                                        Respectfully submitted,

                                        AARON M. LEVINE & ASSOCIATES


                                        /s/ Steven J. Lewis
                                        STEVEN J. LEWIS, #472564
                                        1320 19th Street, N.W., Suite 500
                                        Washington, DC  20036
                                        202-833-8040
                                        Fax: 202-833-8046