THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KIM-LUAL CLEARWATER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION 1:08-cv-01308 (RMC) |
| **ELI LILLY AND COMPANY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Ericka L. Kleiman as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Ericka L. Kleiman
Ericka L. Kleiman, D.C. Bar No. 979666
600 14TH Street, N.W., Suite 800
Washington, D.C.  200005-2004
(202) 783 -8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

150155v1

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

                                        /s/ Ericka L. Kleiman
                                        **ATTORNEY FOR DEFENDANT**
                                        **ELI LILLY AND COMPANY**

150155v1