CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KIM-LUAL CLEARWATER                )
                                   )
                                   )
                                   )
                    Plaintiff      )
        v.                         )    Civil Case Number 08-1308(RCL)
                                   )
                                   )    Category B
ELI LILLY AND COMPANY              )
                                   )
                    Defendant      )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  August 04, 2008  from Judge Rosemary M. Collyer to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Chief Judge Lamberth has consented to the reassignment of this case.)

                                      JUDGE ELLEN SEGAL HUVELLE
                                      Chair, Calendar and Case
                                      Management Committee

cc:    Chief Judge Lamberth & Courtroom Deputy
       Judge Collyer & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk